UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14442-CIV-CANNON/Maynard

**TODD SMITH**,

    Plaintiff,

v.

**COMMISSIONER OF
SOCIAL SECURITY**,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the parties' Motions for Summary Judgment [ECF Nos. 18[1], 19]. On January 5, 2023, following referral [ECF No. 2], Magistrate Judge Maynard issued a report ("the Report") [ECF No. 20] recommending that Plaintiff's Motion for Summary Judgment [ECF No. 18] be denied, and that Defendant's Motion for Summary Judgment [ECF No. 19] be granted. Defendant filed a Notice of Non-Objection [ECF No. 21], and Plaintiff timely filed an Objection to the Report [ECF No. 22]. Plaintiff's Objection merely states that he is "opposed to [Judge Maynard's Report]," and that because of his health, he feels he must "pursue [his case] to the fullest extent" [ECF No. 22 p. 2].

To challenge the findings and recommendations of a magistrate judge, a party must file specific written objections identifying the portions of the proposed findings and recommendation to which objections is made. *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). A district court reviews

---

[1] Judge Maynard construed [ECF No. 18] "Letter, References, and Exhibits" as Plaintiff's Motion for Summary Judgment [ECF No. 20 p. 1].

CASE NO. 22-14442-CIV-CANNON/Maynard

*de novo* those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. § 636(b)(1). To the extent a party fails to object to parts of the magistrate judge's report, the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784. Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010); *Cooper-Houston v. S. Ry. Co.*, 37 F. 3d 603, 604 (11th Cir. 1994).

The Court has conducted a *de novo* review of the Report [ECF No. 20], Plaintiff's Objections [ECF No. 22], and the full record in this case. Upon review of the foregoing materials, the Court finds Judge Maynard's Report to be well-reasoned and correct. Plaintiff's Motion for Summary Judgment [ECF No. 18] is therefore **DENIED**, and Defendant's Motion for Summary Judgment [ECF No. 19] is **GRANTED** for the reasons set forth in the Report.

### CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **ACCEPTED**.
    a. Plaintiff's Motion for Summary Judgment [ECF No. 18] is **DENIED**.
    b. Defendant's Motion for Summary Judgment [ECF No. 19] is **GRANTED**.
2. Final judgment will be entered separately pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of January 2023.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

CASE NO. 22-14442-CIV-CANNON/Maynard

Todd Smith
410 S.W. 7th St.
Stuart, Florida 34994
Email: emailtodds@gmail.com
PRO SE